## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------   X

IN RE YASMIN AND YAZ
(DROSPIRENONE) MARKETING, SALES
PRACTICES AND RELEVANT PRODUCTS
LIABILITY LITIGATION

:     3:09-md-02100-DRH-PMF

:     MDL No. 2100

:

-------------------------------------------------------------
**This Document Relates to:**

:     Judge David R. Herndon

:     **ORDER**

**Kathleen Woods v. Bayer Corp. et al. No.
3:09-cv-10196-DRH-PMF**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Bayer HealthCare

Pharmaceuticals Inc.'s ("Bayer HealthCare") motion, pursuant to Case

Management Order 12 ("CMO 12"), for an Order dismissing Plaintiff's case

without prejudice for failure to comply with Plaintiff Fact Sheet obligations (Doc.

27).  Pursuant to Section C of CMO 12, Plaintiff was required to timely serve

Defendants with a substantially complete Plaintiff Fact Sheet.  Plaintiff did not

meet the deadline for serving the Defendants with her Plaintiff Fact Sheet and as a

result Bayer filed a motion to dismiss on September 17, 2010 (Doc. 27).

Because Plaintiff was not represented by counsel,[1] the Court issued an Order on September 23, 2010 to ensure that Plaintiff was aware of her obligations with regard to the Plaintiff Fact Sheet and the consequences for failing to timely comply with the Plaintiff Fact Sheet Obligations (Doc. 28).  That Order informed Plaintiff that if she did not act within 14 days of the date of the Order her claims would be dismissed without prejudice (Doc. 28).

To date, Plaintiff has failed to comply with her obligations pursuant to CMO 12.  Accordingly, the Court hereby **ORDERS** as follows:

Bayer HealthCare's motion to dismiss without prejudice pursuant to CMO 12 is **GRANTED**.

**Further,** the Court reminds Plaintiff that, pursuant to CMO 12 Section E, **unless Plaintiff serves Bayer HealthCare with a completed PFS or moves to vacate the dismissal without prejudice <u>within 60 days after entry of this Order</u>, the <u>Order will be converted to a Dismissal With Prejudice</u> upon Defendants' motion**.  A dismissal without prejudice means that Plaintiff can comply with the requirement to send a completed fact sheet, along with the documents that are required (which is explained in easy to understand terms in CMO 12 and on the fact sheet) and, then ask the Court, in writing, to vacate the dismissal, explaining what she did to comply with the CMO 12.  If she does none

---

[1] The Court notes that on July 21, 2010 Plaintiff's attorney filed a motion to withdraw as attorney pursuant to Local Rule 83.1 (Doc. 25).  The motion to withdraw was granted on July 22, 2010 (Doc. 26).  To date, no supplementary appearance has been filed indicating that Plaintiff has retained other counsel.

of that within 60 days and the Plaintiff's case is dismissed **with prejudice**, it

means that Plaintiff cannot sue the defendants for the issues and injuries that

were pled in her complaint at any time in the future.

**SO ORDERED:**

David R. Herndon
2010.10.29
09:06:11 -05'00'

Chief Judge                                         Date: October 29, 2010
United States District